IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JUAN CARLOS ORTIZ-VAZQUEZ, et. al**<br><br>Defendants. | **CRIMINAL NO. 24-456 (SCC)** |

## MOTION TO UNSEAL CASE

**COMES NOW** the United States of America, through its attorneys and very respectfully states and prays as follows:

The United States hereby requests that the Court unseal the above captioned case, including the Indictment, as the best interests of justice will be served by unsealing this case at this juncture of the proceedings.

**WHEREFORE**, the United States respectfully prays this Honorable Court GRANT this Motion.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on December 16, 2024.

W. Stephen Muldrow
United States Attorney

/s/ Jorge L. Matos
Jorge L. Matos
USDC # G-01307
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Tel. (787) 766-5656
E-Mail: Jorge.L.Matos2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Jorge L. Matos*
Jorge L. Matos
Assistant United States Attorney